[No. 9924. Department One. February 14, 1912.]

PURCELL SAFE COMPANY, *Respondent*, v. H. A. BARNHART, *Appellant*.[1]

APPEAL—RECORD—PRESERVATION OF GROUNDS—EXCEPTIONS. In the absence of a statement of facts and of exceptions to the findings of fact, the objection that the evidence does not sustain the findings is not available on appeal.

Appeal from a judgment of the superior court for Snohomish county, Bell, J., entered May 22, 1911, upon findings in favor of the plaintiff, upon a trial to the court, in an action in replevin, and for damages. Affirmed.

*Faussett & Smith*, for appellant.

*Hughes, McMicken, Dovell & Ramsey*, and *France & Helsell*, for respondent.

PER CURIAM.—The statement of facts had been stricken in this case prior to its argument on appeal. There being no question raised as to the pleadings, and no exceptions having been taken to the findings of fact, the only question that is left for the consideration of this court, is, Do the facts found by the court sustain the judgment? They so plainly do that a discussion of them would be unprofitable. In fact, it is not urged by the appellant that such is not the case. The only questions urged are that the evidence does not sustain certain findings of the court, and error in the admission and rejection of testimony. As we have seen, these are objections which are not available to the appellant in the absence of a statement of facts. Such being the state of the record, the judgment is affirmed.

[1]Reported in 121 Pac. 53.